In the Matter of the CITY OF NEW YORK, Respondent, Relative to Acquiring Title to Real Property Extending from the Marginal Street, Wharf or Place at East 92nd Street, in the Borough of Brooklyn, to Sunrise Highway, in the Borough of Queens, to be Known as Shore Parkway.

BOARDWALK STORES CORPORATION, Appellant.

Argued April 20, 1944; decided May 25, 1944.

*William B. Roulstone* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel (Louis M. Wein-traub, Julius Isaacs* and *Benjamin Offner* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, RIPPEY, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER, J.